**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

October 7, 2009

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re:  MDL No. 2014 -- IN RE: Bank of America Corp. Auction Rate Securities (ARS) Marketing Litigation

Dear Mr. Wieking:

    Attached is a certified copy of a transfer order issued today by the Judicial Panel on Multidistrict Litigation in the above-captioned matter.  The order is directed to you for filing.  Rule 1.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001),  states "A transfer or remand pursuant to 28 U.S. C. § 1407 shall be effective when the transfer or remand order is filed in the office of the clerk of the district court of the transferee district."

    Today we are also serving an information copy of the order on the transferor court(s).  The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred [transferor court]."

    Rule 1.6(a), pertaining to transfer of files, states "the clerk of the transferor district court shall forward to the clerk of the transferee district court the complete original file and a certified copy of the docket sheet for each transferred action."  **With the advent of electronic filing, many transferee courts have found that it is not necessary to request the original file.  Some transferee courts will send their certified copy of the Panel order with notification of the newly assigned transferee court case number and inform the transferor courts that they will copy the docket sheet via PACER.  Others may request a certified copy of the docket sheet and a copy of the complaint (especially if it was removed from state court).  You should be specific as to the files you would like to receive from the transferor courts and if no files will be necessary, you should make that clear.  Therefore, Rule 1.6(a) will be satisfied once a transferor court has complied with your request.**

Case 4:09-md-02014-JSW   Document 93   Filed 10/07/09   Page 2 of 3

- 2 -

A list of involved counsel is attached.

             Very truly,

             Jeffery N. Lüthi
             Clerk of the Panel

`

            By  /s/ Denise Morgan-Stone
              Denise Morgan-Stone
              Deputy Clerk

Attachments (Transfer Order is a Separate Document)

cc: Transferee Judge:  Judge Jeffrey S. White

                     JPML Form 29

IN RE: BANK OF AMERICA CORP. AUCTION RATE
SECURITIES (ARS) MARKETING LITIGATION                                    MDL No. 2014

## INVOLVED COUNSEL LIST

Benjamin A. Bednark
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036

Daniel C. Girard
GIRARD GIBBS LLP
601 California Street
Suite 1400
San Francisco, CA 94108

Edward H. Pomeranz
GRAUBARD MILLER
405 Lexington Avenue
New York, NY 10174

Jonathan Rosenberg
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036

William G. Schopf, Jr.
SCHOPF & WEISS LLP
One South Wacker Drive
28th Floor
Chicago, IL 60606

Robert M. Stern
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001

Edward S. Wactlar
MOOMJIAN WAITE WACTLAR & COLEMAN LLP
100 Jericho Quadrangle
Suite 225
Jericho, NY 11753

Jeff S. Westerman
MILBERG LLP
One California Plaza
300 South Grand Avenue
Suite 3900
Los Angeles, CA 90071