*(Attorney list on signature page)*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE Bank of America Corp. Auction Rate Securities Marketing Litigation: | MDL No. 09-2014 |
| AEROFLEX INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION and BANC OF AMERICA SECURITIES LLC,<br><br>Defendants. | This Document Relates to:<br><br>Case No.  C09-05245 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS**<br><br>Judge:      Jeffrey S. White |

Plaintiff Aeroflex Incorporated and Defendants Bank of America Corporation and Banc of America Securities LLC (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS,** Plaintiff filed a First Amended Complaint for Violation of Federal Securities Laws, Fraud, and Rescission ("FAC") on December 28, 2009;

**WHEREAS,** the FAC asserts federal securities-fraud and common-law claims related to auction-rate securities ("ARS"), financial instruments that pay interest at rates set at periodic auctions;

**WHEREAS,** the FAC alleges that Defendants engaged in a comprehensive scheme to defraud Plaintiff by (i) manipulating the market for ARS in violation of Section 10(b) of the Securities Exchange Act of 1934 and Rules 10b-5(a) and (c), and (ii) failing to disclose material facts about ARS, which constituted common-law fraud;

**WHEREAS,** the parties agree that the FAC's scope and complexity warrant a modest increase in the page limits imposed by this Court's Civil Standing Orders for Defendants' opening brief and Plaintiff's opposition brief on Defendants' motion to dismiss, but that the page

limit for Defendants' reply brief shall remain 15 pages.

**IT IS THEREFORE STIPULATED AND AGREED,** by and between Plaintiff and

Defendants, acting through their respective counsel, subject to this Court's approval, as follows:

    1.    Defendants' memorandum of law in support of their motion to dismiss shall not

exceed 25 pages; and

    2.    Plaintiff's memorandum of law in opposition to Defendants' motion to dismiss

shall not exceed 25 pages.

Dated:  February 8, 2010

O'MELVENY & MYERS LLP

By: _____
Jonathan Rosenberg, jrosenberg@omm.com
B. Andrew Bednark, abednark@omm.com
7 Times Square
New York, New York  10036
Tel:  (212) 326-2000
Fax:  (212) 326-2061

Robert Stern, rstern@omm.com
1625 Eye Street NW
Washington, DC  20006
Tel:  (202) 383-5300
Fax:  (202) 383-5414

Debra S. Belaga, dbelaga@omm.com
Aaron M. Rofkahr, arofkahr@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California  94111
Tel:  (415) 984-8700
Fax:  (415) 984-8701

*Attorneys for Defendants*

FREELAND COOPER & FOREMAN LLP

By: _____
Stewart H. Foreman,
foreman@freelandlaw.com
Daniel T. Bernhard,
bernhard@freelandlaw.com
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone:  (415) 541-0200
Facsimile:  (415) 495-4332

MOOMJIAN, WAITE, WACTLAR &
COLEMAN, LLP

Edward S. Wactlar, ewactlar@mwwcllp.com
Jill T. Braunstein, jbraunstein@mwwcllp.com
100 Jericho Quadrangle, Suite 225
Jericho, New York 11753
Telephone: (516) 937-5900
Facsimile: (516) 937-5050

*Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ORDER RE
PAGE LIMITS CASE NO. C09 05245 JSW

1

**[PROPOSED] ORDER**

2      Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that the page limits

3  for the motion-to-dismiss briefing in this matter shall be:

4      Defendants' motion to dismiss:                          25 pages

5      Plaintiff's opposition to Defendants' motion to dismiss:   25 pages

6

7  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

8

9  Date: February ____, 2010      _____

10                                     The Honorable Jeffrey S. White
                                       United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE
PAGE LIMITS CASE NO. C09 05245 JSW

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in San Francisco County, California, at the office of a member of the bar of this Court at whose direction this service was made.  I am over the age of eighteen years and not a party to the within action.  I am a resident of or employed in the county where the service described below occurred.  My business address is Two Embarcadero Center, 28th Floor, San Francisco, California  94111-3823.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service.  On February 9, 2010 I served the following:

**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS**

by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

> Robert M. Stern
> Ctr. For Gov't Studies
> 10951 W. Pico Blvd. #120
> Los Angeles, CA 90064

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on February 9, 2010, at San Francisco, California.

_____
Rocio Gonzalez