A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Jan 26, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jan 11, 2010**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: BANK OF AMERICA CORP. AUCTION RATE**
**SECURITIES (ARS) MARKETING LITIGATION**

| | | |
|---|---|---|
| ExpressJet Airlines, Inc. v. Bank of America Corp., et al., | ) | |
| N.D. Texas, C.A. No. 3:09-2110 | ) | MDL No. 2014 |
| ~~American Housing Foundation, et al. v.~~ | ) | |
| ~~Banc of America Securities, LLC, et al., N.D. Texas,~~ | ) | |
| ~~C.A. No. 3:09-2251~~ | ) | |

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On February 12, 2009, the Panel transferred two civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 598 F.Supp.2d 1377 (J.P.M.L. 2009). Since that time, one additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Jeffrey S. White.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge White.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of February 12, 2009, and, with the consent of that court, assigned to the Honorable Jeffrey S. White.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 26, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel