United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:BANK OF AMERICA CORP. AUCTION RATE SECURITIES (ARS) MARKETING LITIGATION,<br><br>This document relates to:<br><br>*Bondar v. Bank of America*, 08-cv-2599<br><br>_____/ | MDL No. 09-02014 JSW<br><br>**ORDER RE OVERDUE STATUS REPORTS** |

On March 18, 2011, the Court granted the parties' stipulated request to stay this action pending resolution of the appeal in *Wilson v. Merrill Lynch & Co., Inc.* (Docket No. 175.) Pursuant to that Order, the Court required Plaintiffs to submit a status report every 180 days until the stay is lifted. Plaintiffs' first report was due on or about September 14, 2011, but Plaintiffs have failed to comply with the Order.

Accordingly, it is HEREBY ORDERED that Plaintiffs shall file their status report by no later than October 21, 2011, and shall continue to submit status reports every 180 days thereafter until the stay is lifted. Plaintiffs are ADMONISHED that failure to file a timely status report in the future may result in the issuance of an order to show cause why monetary sanctions should not be imposed.

**IT IS SO ORDERED.**

Dated: October 11, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE