IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:BANK OF AMERICA CORP.<br>AUCTION RATE SECURITIES (ARS)<br>MARKETING LITIGATION,<br><br>This document relates to:<br><br>*Bondar v. Bank of America Corp., et al.,* 08-CV-2599 JSW<br><br>_____/ | No. 09-md-02014 JSW<br><br>**ORDER TO SHOW CAUSE** |

On March 18, 2011, this Court issued an Order staying this matter until 30 days after the the United States Court of Appeals for the Second Circuit issued an opinion in *Wilson v. Merrill Lynch & Co., Inc.*, 10-1528. The Second Circuit issued its opinion on November 14, 2011. (*See* Docket 178, Plaintiffs' Supplemental Status Report.) That time has now expired. Accordingly, the parties are HEREBY ORDERED TO SHOW CAUSE why the stay should not be lifted and this matter set for a status conference in late February or early March 2012.

**IT IS SO ORDERED.**

Dated: December 16, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE