**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

IN RE:BANK OF AMERICA CORP.
AUCTION RATE SECURITIES (ARS)     No. 09-md-02014 JSW
MARKETING LITIGATION,

**ORDER CLARIFYING ORDER**
This document relates to:          **TO SHOW CAUSE**

*Bondar v. Bank of America Corp., et al.,* 08-
CV-2599 JSW

_____/

       The Court issues this Order to clarify that a response to the Order to Show Cause issued

this date shall be due by no later than January 6, 2012.

       **IT IS SO ORDERED.**

Dated: December 16, 2011          _____
                       JEFFREY S. WHITE
                       UNITED STATES DISTRICT JUDGE